IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FRANCISCAN SKEMP HEALTHCARE,
INCORPORATED,

                                    ORDER

            Plaintiff,

                                    07-cv-387-jcs

     v.

CENTRAL STATES JOINT BOARD
HEALTH AND WELFARE TRUST FUND,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In a judgment dated July 31, 2008, the Court of Appeals for the Seventh Circuit ordered that this case be remanded to La Crosse County Circuit Court.

      Accordingly, IT IS ORDERED that this case is remanded to the Circuit Court for La Crosse County, Wisconsin. The clerk of court is directed to transmit the file to the La Crosse County Court as soon as possible.

      Entered this 22d day of October, 2008.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge